UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CARLOS DEONDRA PETERSON, SR.,

                          Plaintiff,                    5:25-cv-1039 (ECC/DJS)

v.

THE STATE OF NEW YORK COURT OF CLAIMS,

                          Defendant.

---

**Appearances:**

Carlos Deondra Peterson, Sr., *Pro Se Plaintiff*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Carlos Deondra Peterson, Sr. commenced this proceeding under 42 U.S.C. § 1983 and sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2). This matter was referred to United States Magistrate Judge Daniel J. Stewart who, on August 28, 2025, granted Plaintiff's application to proceed IFP, and on August 28, 2025 issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed. (Dkt. No. 8). Plaintiff was informed that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 13, at 14-15). No objections to the Report-Recommendation have been filed.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory

2

committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Stewart's Report-Recommendation (Dkt. No. 8) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) be **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**


Dated: October 7, 2025
      Syracuse, New York

_____
Elizabeth C. Coombe
U.S. District Judge